UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALONSO SANDOVAL,<br><br>        Defendant. | Case No. 16-CR-119-JPS-2<br><br><br>ORDER |

    On July 26, 2016, the government charged Defendant in two counts of a three-count indictment. (Docket #5). Count One of the indictment charged Defendant with making a knowingly false statement in connection with the purchase of a firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and Count Two charged Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). *Id.* On October 4, 2016, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Count Two of the indictment. (Docket #22).

    The parties appeared before Magistrate Judge William E. Duffin on October 18, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #30). Defendant entered a plea of guilty as to Count One of the indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #31 at 1).

Thereafter, on October 20, 2016, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #31 at 2).

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #31) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 22nd day of November, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge